## UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                      CASE NO. 6:20-cr-10087-EFM

LOREN OLSON,

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### SEXUAL EXPLOITATION OF A CHILD – PRODUCTION OF CHILD PORNOGRAPHY
**[Title 18 U.S.C. § 2251(a)]**

On or about May 7, 2020, in the District of Kansas,

**LOREN OLSON,**

the defendant herein, knowingly used, persuaded, induced, enticed, and coerced and attempted to use a minor, Minor Victim (born in 2005), whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be produced using materials that have been mailed, shipped, and transported in and affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code § 2251(a).

## COUNT 2

### SEXUAL EXPLOITATION OF A CHILD –
### PRODUCTION OF CHILD PORNOGRAPHY
### [Title 18 U.S.C. § 2251(a)]

On or about May 21, 2020, in the District of Kansas,

### LOREN OLSON,

the defendant herein, knowingly used, persuaded, induced, enticed, and coerced and attempted to use a minor, Minor Victim (born in 2005), whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be produced using materials that have been mailed, shipped, and transported in and affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code § 2251(a).

## COUNT 3

### SEXUAL EXPLOITATION OF A CHILD –
### PRODUCTION OF CHILD PORNOGRAPHY
### [Title 18 U.S.C. § 2251(a)]

On or about June 6, 2020, in the District of Kansas,

### LOREN OLSON,

the defendant herein, knowingly used, persuaded, induced, enticed, and coerced and attempted to use a minor, Minor Victim (born in 2005), whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be produced using materials that have been mailed, shipped, and

transported in and affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code § 2251(a).

## COUNT 4

### SEXUAL EXPLOITATION OF A CHILD – PRODUCTION OF CHILD PORNOGRAPHY
### [Title 18 U.S.C. § 2251(a)]

On or about June 13, 2020, in the District of Kansas,

### LOREN OLSON,

the defendant herein, knowingly used, persuaded, induced, enticed, and coerced and attempted to use a minor, Minor Victim (born in 2005), whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be produced using materials that have been mailed, shipped, and transported in and affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code § 2251(a).

## COUNT 5

### SEX TRAFFICKING OF A MINOR
### [Title 18 U.S.C. § 1591(a)(1)]

Between May 7, 2020 and continuing through July 27, 2020, in the District of Kansas,

### LOREN OLSON,

the defendant herein, knowingly recruited, enticed, obtained, patronized, and solicited a person under 18 years of age, Minor Victim (born in 2005), whose identity is known to the

3

Grand Jury, knowing and in reckless disregard of the fact, and having had reasonable opportunity to observe, that Minor Victim had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code § 1591(a)(1).

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, § 2253(a).

2.      Upon conviction of an offense in violation of 18 U.S.C. § 2251, as set out in Count 1 through 4 of this Indictment, the defendant, **LOREN OLSON**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

>       A.      Apple iPhone, seized on December 8, 2020 in Marquette, Kansas; and
>
>       B.      1982 Ford Econoline E250 Coachmen recreational vehicle, white in color, VIN 1FDKE30L5CHA78975, expired Kansas registration plate 973JEZ.

All pursuant to 18 United States Code, § 2253(a).

3.      The allegations contained in Count 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, § 1593(b)(4).

4

4.      Upon conviction of the offense in violation of 18 U.S.C. § 1591, as set out in

Count 5 of this Indictment, the defendant, **LOREN OLSON**, shall forfeit to the United

States of America, pursuant to 18 U.S.C. § 1593(b)(4), any and all property used and

intended to be used, in any manner or part, to commit, or to facilitate the commission of

the offense, including but not limited to:

   A.      Apple iPhone, seized on December 8, 2020 in Marquette, Kansas; and

   B.      1982 Ford Econoline E250 Coachmen recreational vehicle, white in color, VIN 1FDKE30L5CHA78975, expired Kansas registration plate 973JEZ.

A TRUE BILL.


December 22, 2020                           s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY


STEPHEN R. McALLISTER
UNITED STATES ATTORNEY

By: /s/ Jason W. Hart
JASON W. HART
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Jason.hart2@usdoj.gov
Ks. S. Ct. No. 20276

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS