# In the United States District Court
# for the District of Kansas

**United States of America**,
           Plaintiff,

v.                                                            Case No. 20-10087-01 EFM

**Loren Olson**,
           Defendant.

## Order to Continue Change of Plea Hearing

Now on this 6th day of October, 2021, the above matter comes before the Court on Defendant Loren Olson's Motion to Continue Change of Plea Hearing (Doc. 29) for at least 14 days. The government does not object to this request.

Having reviewed the motion, and being familiar with the case history, this Court finds the following:

1. The change of plea hearing is currently scheduled for Wednesday, October 13, 2021, at 3:00 p.m.

2. Mr. Olson is scheduled for gastroparesis surgery on Thursday, October 7, 2021, however, Mr. Olson is running into some medical complications prior to surgery, which may delay his surgery.

3. Counsel is requesting a continuance to allow Mr. Olson to have this medical procedure and recover.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

It is therefore ordered that the Motion to Continue Change of Plea Hearing (Doc. 29) is granted. The new change of plea hearing is scheduled for November 1, 2021, at 2:30 p.m. in Courtroom 408.

So ordered on this 6th day of October, 2021.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE