## In the United States District Court
## for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                    Case No. 20-10087-01 EFM

**Loren Olson**,
        Defendant.

## Order for Continuance

Now on this 3rd day of November, 2021, the above matter comes before the Court on Defendant Loren Olson's Motion to Continue the jury trial (Doc. 32) for at least 60 days. The government does not object to this request.

Having reviewed the motion, and being familiar with the case history, this Court finds the following:

1. The change of plea hearing was held on Monday, November 1, 2021. The plea was not accepted by the Court due to Mr. Olson's objection to the factual basis. The Court set the case for trial.

2. Counsel is requesting a continuance to allow additional time to prepare for trial in the unlikely event it is necessary to engage in a jury trial. Mr. Olson has long expressed his willingness accept responsibility for his conduct. The defense needs addition time to address Mr. Olson's concerns and continue to work towards a

resolution. The addition time requested is necessary for counsel's to prepare an effective defense.

3. The government does not object to this continuance.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).  Specifically, the time from November 2, 2021 to January 25, 2022 is excludable for speedy trial purposes.

It is therefore ordered that the Motion to Continue the jury trial (Doc. 32) is granted. The jury trial is scheduled for January 25, 2022, at 9:00 a.m. in Courtroom 408.

So ordered on this 3rd day of November, 2021.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE