FILED
U.S. District Court
District of Kansas

DEC 13 2021

Clerk, U.S. District Court
By _____ Deputy Clerk

Rec'd 12-10-2021

To THE Federal Judge of Kansas MR. ERIC F MELGREEN, MY NAME IS LOREN OLSON AND I'AM Locked up IN THE Butler county detention center IN EL Dorado Kansas Lock up. I Need YOUR HELP to Go to tHE Hutchinson, Kansas to HAVE MY Liver Kidney WORK ON. I'AM 2 montHs Behind ON MY BLOOD Geting CLeaned out.

You Need to Get JENNIFER AMAX MY Court order BYE you to Get HER to TALK WITH Adam MY proBAteson offer & HER Jennifer AMAX to TAKE ME to tHE HospitAL IN HutcHinson, KANSAS FOR MY MedEL WORK ON MY Liver kidney's Before I die. I'M 2 montHs Behind ON MY BLOOD Being Cleaned out. It takes About 3 & A HALF Hours to do THE WORK At THE Hutchinson KANSAS HospitAL AND Hutchinson CLinC too. PLease HELP MY out or I WILL Die. Loren W. OLSON over

C/O BUTLER COUNTY DETENTION CENTER IN EL DORADO, KANSAS & MY NUMBER IS OLSON LOREN 620-190 IS MY LOCK UP PHONE NUMBER 701 SOUTH STONE ROAD, EL DORADO KANSAS 67042. PLEASE HELP MY OUT SIR ERIC F. MELGREEN IN WICHITA, KANSAS COURT HOUSE ON 301 WEST CENTEL STREET OK.

*Loren W. Olson*

MY CASE NUMBER IS
6:20-CR-10087-EFM
Document 33 FILED 11/03/2021

I'AM ON A KIDNEY DIALYSIS FOR MY LIVER CANCER OK. I'AM 2 MONTHS BEHIND AND MY DOCTOR MATHEW ORSENBOUGH AT THE HUTCHINSON KANSAS HOSPITAL SAID TO TELL YOU SIR. IF I DO NOT GET THIS DONE @ NOW.. MR. OLSON WILL DIE OK. THANK YOU SIR.

OLSON LOREN
701 South Shane Road
C/o of Butler county detention center
El Dorado, Kansas 67042

Eric F. Melgren
United States Federal Judge
401 N. Market Suite 416
Wichita, KS 67202

NOTICE! This correspondence was mailed from the BUTLER COUNTY JAIL. ITS CONTENTS ARE UNCENSORED.

Olson #26090

FIRST-CLASS MAIL
Hasler
12/08/2021
US POSTAGE $000.53
ZIP 67203
011D12604404