**In the United States District Court
for the District of Kansas**

**United States of America**,
    Plaintiff,

v.                     Case No. 20-10087-01 EFM

**Loren Olson**,
    Defendant.

**Order for Competency Evaluation**

Now on this 12th day of April, 2022, the above matter comes before the Court on Defendant Loren Olson's Motion to Competency Evaluation (Doc. 43) for an order to commit Mr. Olson to the Bureau of Prisons for treatment and examination under § 4241(b)

Having reviewed the motion, and being familiar with the case history, this Court finds that on January 7, 2022, the defense sought to the opportunity to allow a medical doctor to evaluate Mr. Olson's medical records to determine his competency to stand trial. (Doc. 36). The Court granted permission. (Doc. 37).

The defense retained a medical doctor, who concluded that the existing records did not enable her to reach a conclusion about the progress of Mr. Olson's liver disease. Counsel then worked with the government and the United States Marshal to obtain additional records, and secure a more comprehensive series of blood tests. Between tests conducted at Mr. Olson's recent hospitalization and additional tests

authorized by the Marshal, counsel was able to obtain a complete set of test results. Counsel then referred those test results to the clinic in Hutchinson, Kansas where Mr. Olson has previously obtained treatment for his liver disease.

Yesterday, counsel received the clinic's opinion. Counsel was told that an end-of-life diagnosis is, right now, premature. Counsel and the government had discussed the possibility of a release plan involving a hospice placement; Mr. Olson's current diagnosis would not permit hospice admission, which requires a medical opinion that the patient has six months or left to live.

The records provided by the Marshal indicate that Mr. Olson currently suffers from hepatic encephalopathy from his liver disease, which results in "personality changes, alterations in consciousness progressive disorientation in time and space, somnolence, stupor and, finally, coma." Ferenci, *Hepatic Encephalopathy*, 5 Gastroenterology Report 138 (May 2017). This condition "is associated with poor survival and a high risk of recurrence." *Id*. It appears that Mr. Olson's liver disease is undermining his cognitive function; the Court expects that Mr. Olson will be committed to a BOP facility capable of assessing the impact of Mr. Olson's liver disease on his competence to stand trial.

IT IS THEREFORE ORDERED that the Motion to Competency Evaluation (Doc. 43) is granted. It is ordered that Mr. Olson to undergo an examination and evaluation of defendant's ability to understand the nature of the proceedings against him and to properly assist in his own defense pursuant to 18 U.S.C. § 4241.

IT IS FURTHER ORDERED that a report to be prepared by the examiner designated to conduct the psychiatric or psychological examination pursuant to 18 U.S.C. § 4247(c).

So ordered on this 12th day of April, 2022.

ERIC F. MELGREN
CHIEF U.S. DISTRICT JUDGE