### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION |
| | ) | |
| Loren Olson | ) | CASE NO.: 6:20CR10087-EFM |

### ORDER FOR RETURN OF SEIZED PROPERTY

This matter comes before the Court requesting an order to return property seized from the defendant.

These items include:

**Samsung Smartphone, IMEI: 356752976523890, and power cable.**

On October 25, 2021, U.S. Probation Officers seized the above noted item, during a pretrial home inspection, as it was prohibited by his conditions of release. On July 21, 2022, the Court granted an oral motion to the dismiss the pending Indictment against the defendant due to his failing health. The defendant subsequently passed away on July 24, 2022. The U.S. Probation Office has communicated with the defendant's daughter, Christina Gardner, who has requested the phone be returned. The U.S. Probation Office respectfully requests the Court order return of the phone to the defendant's family.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in accordance with the established procedures set forth in the Guide to Judiciary Policy Volume 8 (Probation and Pretrial Services), Part E (Supervision of Federal Offenders), Appendix 4A: Search and Seizure Guidelines, Section IX, the aforementioned property is to be returned to the defendant's family, specifically Christina Gardner.

IT IS SO ORDERED.

Date this __23rd__ day of __August__, 20 __22__.

s/ Eric F. Melgren
Honorable Eric F. Melgren
Chief United States District Judge
District of Kansas